IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOMER L. PREYER,

    Plaintiff,                     No. 2:12-cv-1027 JAM CKD P

    vs.

N. SAUKHLA, et al.,

    Defendants.          <u>ORDER</u>

                              /

        Plaintiff, a prisoner at the California Medical Facility, has filed a motion for a temporary restraining order in which he seeks an order directing defendants to cease "from withholding medication to ease or lessen the serious pain plaintiff is suffering from, that is, physical pain, from his bilateral ureteral obstruction." Plaintiff asserts he suffers pain when he does not receive timely stent-replacement surgery which he should receive every 4-6 months. Medical records attached to plaintiff's motion suggest that he does require stent-replacement surgery every six months. Plaintiff alleges he was scheduled for surgery on July 1, 2012, but it did not occur.

        No defendant has appeared in this action and the court does not expect that they will respond to plaintiff's motion until after they have either answered or filed some other pleading responsive to plaintiff's complaint. At this point, it is not clear when that will occur

1

because defendants have not yet been served with process or waived service of process. Given that plaintiff's representations about his medical condition suggest some action may need to be taken before defendants appear in this action, however, IT IS HEREBY ORDERED that:

1. The Warden of the California Medical Facility, or his designee, shall report to the Court within ten days when plaintiff last had stent-replacement surgery, or, if he has not had stent-replacement surgery in the last four months, when surgery is scheduled. If plaintiff has not had stent-replacement surgery within the last four months, and no surgery is scheduled, the Warden or his designee shall explain why not.

2. The Warden or his designee shall inform the court what pain medication is being prescribed to plaintiff. If no pain medication is being prescribed, the Warden or his designee shall explain why not.

3. The Clerk of the Court is directed to serve a copy of plaintiff's August 2, 2012 motion for a temporary restraining order on the Warden of the California Medical Facility along with this order. The Clerk of the Court shall also serve the motion for temporary restraining order and a copy of this order on Monica Anderson, Supervising Deputy Attorney General.

Dated: August 8, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
prey1027.war