IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOMER L. PREYER,

    Plaintiff,                       No. 2:12-cv-1027 JAM CKD P

    vs.

N. SAUKHLA, et al.,

    Defendants.               FINDINGS AND RECOMMENDATIONS

                       /

        Plaintiff, a prisoner at the California Medical Facility (CMF), has filed a motion for a temporary restraining order in which he seeks an order directing defendants to cease "from withholding medication to ease or lessen the serious pain plaintiff is suffering from, that is, physical pain, from his bilateral ureteral obstruction." Plaintiff asserts he suffers pain when he does not receive timely stent-replacement surgery which he should receive every 4-6 months.

        In response to a court order, the Warden at CMF provided the court with information indicating plaintiff had stent replacement surgery on August 15, 2012 and has received follow-up pain medication. Considering these facts, and that no defendant has appeared in this action to file a formal response to plaintiff's motion for a temporary restraining order, the court will recommend that plaintiff's motion for a temporary restraining order be denied without prejudice to re-filing after defendants appear.

1

Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's August 2, 2012 motion for a temporary restraining order be denied without prejudice re-filing after defendants appear in this action.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 23, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
prey1027.tro