UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER L. PREYER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>N. SAUKHLA, et al.,<br><br>　　　　　Defendants. | No. 2:12-cv-1027 JAM CKD P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding in forma pauperis, sought relief pursuant to 42 U.S.C. § 1983. Judgment was entered in this action on June 25, 2013. On July 10, 2013, plaintiff filed a notice of appeal and a motion for leave to proceed in forma pauperis on appeal.

The Federal Rules of Appellate Procedure provide as follows:

> [A] party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

Fed. R. App. P. 24(a). This court has not certified that plaintiff's appeal is not taken in good faith and has not otherwise found that plaintiff is not entitled to proceed on appeal in forma pauperis. Accordingly, plaintiff's motion for leave to proceed in forma pauperis on appeal will be denied as unnecessary.

/////

1

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's motion to proceed in forma pauperis on appeal (ECF No. 39) is denied as unnecessary. See Fed. R. App. P. 24(a).

Dated: July 18, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
prey1027.4b